# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NEWCOMB,<br><br>                    Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>                    Defendant. | Case No.: 3:24-cv-00248-H-AHG<br><br>**ORDER CLOSING CASE** |

      On January 25, 2017, Plaintiff Joseph Newcomb ("Plaintiff") filed this case in the United States District Court for the Northern District of Illinois. (Compl., Newcomb v. Portfolio Recovery Associates, LLC, 1:17-cv-00566 (N.D. Ill. Jan. 25, 2017), Doc. No. 1.) On March 3, 2017, this case was transferred to the United States District Court for the Southern District of California as 3:17-cv-00435-JAH-BGS and assigned to the Honorable John A. Houston, United States District Judge. (See Transfer Order by Judicial Panel on Multidistrict Litigation, Newcomb v. Portfolio Recovery Associates, LLC, 1:17-cv-00566 (N.D. Ill. Mar. 3, 2017), Doc. No. 14.) On December 8, 2023, the Judicial Panel on Multidistrict Litigation ordered 3:17-cv-00435-JAH-BGS remanded back to the United States District Court for the Northern District of Illinois, 1:17-cv-00566. (See Remand Order at 3, In re: Portfolio Recovery Assocs., LLC, 11-md-02295-JAH-BGS (S.D. Cal.

Dec. 8, 2023), Doc. No. 1002.)  On February 6, 2024, the case appears to have been inadvertently transferred back to the Southern District of California, opened as a new case, 3:24-cv-00248-H-AHG, and assigned to the Honorable Marilyn L. Huff.  Because 3:24-cv-00248-H-AHG is entirely duplicative of 17-cv-00435-JAH-BGS and the creation of 3:24-cv-00248-H-AHG appears to have been inadvertent, the Court orders 3:24-cv-00248-H-AHG closed.  The parties are directed back to 3:17-cv-00435-JAH-BGS.

**IT IS SO ORDERED.**

DATED: February 12, 2024

*/s/ Marilyn L. Huff*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT